ORIGINAL

```
DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA  95150-0013

Telephone:  (408) 354-4413
Facsimile:  (408) 354-5513
```

**FILED**

APR - 7 2008

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| WILLIAM EDWARD JR FOSTER | Case Number 04-52556 MMOR |
| | **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtor(s) | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above captioned case hereby turns over to the Court, check # 2426436 for an unclaimed dividend in the amount of $ 3,261.00 . The name and address of the claimant entitled to the unclaimed dividend is as follows:

WILLIAM EDWARD JR FOSTER

18449 KENNEDY ST
SALINAS CA

93906

Dated: Apr 02, 2008

_____
Devin Derham-Burk, Trustee

Notice of Unclaimed Dividend 04-52556 MMOR